No. 1457, Misc. TAYLOR v. McMANN, WARDEN. Ct. App. N. Y. Certiorari denied.

No. 1460, Misc. OPPENHEIMER v. CALIFORNIA. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1464, Misc. CHRISTIANSEN v. WAINWRIGHT, CORRECTIONS DIRECTOR. Sup. Ct. Fla. Certiorari denied.

No. 1468, Misc. GRIFFIN v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 1470, Misc. YNOSTROZA v. KLINGER ET AL. C. A. 9th Cir. Certiorari denied.

No. 1474, Misc. CONWAY v. WILSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1482, Misc. GILCHRIST v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 1483, Misc. WALKER v. PATE. C. A. 7th Cir. Certiorari denied.

No. 1490, Misc. COOK v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 1509, Misc. BELL v. RUNDLE, WARDEN. Sup. Ct. Pa. Certiorari denied. *Herman I. Pollock* for petitioner.

No. 1512, Misc. FALAGAN v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 1513, Misc. LEE v. WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.